

## JaffeGlenn
### law group, p.a.

168 Franklin Corner Road, Building 2, Suite 220, Lawrenceville, NJ 08648
Tel: (201) 687-9977     Facsimile: (201) 595-0308     Toll: (866) 216-4124
Florida • New Jersey • New York

January 12, 2014

Via CM/ECF
Honorable Chief Magistrate Judge Steven M. Gold
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

   Re:   Vera, Julio v. Dean's Westside Construction Corporation et. al.
         1:14-cv-04495-JBW-SMG

Dear Judge Gold:

   This office represents the Plaintiff, Julio Vera, in the above-captioned matter. This letter is being submitted pursuant to this Honorable Court's January 12, 2015, Order requiring the undersigned counsel to submit a status report.

   This action seeks redress for damages sustained by Plaintiff and other similarly situated employees of Defendants for violations of the Fair Labor Standards Act ("FLSA") and the New York Labor Law ("NYLL") and associated New York State Department of Labor regulations. This action has been pled as a collective one pursuant to 29 U.S.C. §216(b).

   As the attached affidavit dated September 26, 2014, from Diligent Process Serving, L.L.C. indicates, the undersigned on behalf of Plaintiff has made multiple efforts to serve the Summons and Complaint on Defendant Dean Messina. Despite repeated efforts made by the Plaintiff's Process Server it remains frustrated in its efforts to locate Mr. Messina.

   Of note, the Defendant Corporation, Dean's Westside Construction Corporation, no longer does business at the address identified in the State of New York business records. The business location previously occupied by the Defendant, Dean's Westside is now vacant. Process was served upon the Defendant, Dean's Westside Construction Corporation, through the New York Secretary of State.

                                          Respectfully Submitted,

                                          JAFFE GLENN LAW GROUP, P.A.

                                          Jodi J. Jaffe, Esquire