

168 Franklin Corner Road, Building 2, Suite 220, Lawrenceville, NJ 08648
Tel: (201) 687-9977     Facsimile: (201) 595-0308     Toll: (866) 216-4124
Florida ● New Jersey ● New York

February 26, 2015

<u>Via CM/ECF</u>
Honorable Chief Magistrate Judge Steven M. Gold
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

   **Re:** **Vera, Julio v. Dean's Westside Construction Corporation et. al.**
      **1:14-cv-04495-JBW-SMG**

Dear Judge Gold:

  This office represents the Plaintiff, Julio Vera, in the above-captioned matter. This letter is being submitted pursuant to this Honorable Court's January 29, 2015, Order requiring the counsel to submit a status report.

  This action seeks redress for damages sustained by Plaintiff and other similarly situated employees of Defendants for violations of the Fair Labor Standards Act ("FLSA") and the New York Labor Law ("NYLL") and associated New York State Department of Labor regulations. This action has been pled as a collective one pursuant to 29 U.S.C. §216(b).

  On January 28, 2015, Plaintiff successfully served the Individual Defendant, Dean Messina, whom Plaintiff had prior difficulties locating. Since then, the Individual Defendant has hired an attorney to represent him in his matter.

          Respectfully Submitted,

          **JAFFE GLENN LAW GROUP, P.A.**
         Jodi J. Jaffe, Esquire